**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-8017**

———————

DEVON SYKES,

                                    Plaintiff - Appellant,

        versus

DR. LEVESTER THOMPSON,

                                    Defendant - Appellee,

        and

DAVE ROBINSON; F. SCHILLING,

                                    Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-03-585)

———————

Submitted:  February 9, 2005        Decided:  February 17, 2005

———————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Devon Sykes, Appellant Pro Se.  Coreen Antoinette Bromfield, RAWLS
& MCNELIS, P.C., Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Devon Sykes appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sykes v. Thompson, No. CA-03-585 (E.D. Va. filed Nov. 30, 2004; Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED